UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS TREVOR KNIGHT,<br><br>                     Petitioner,<br><br>          v.<br><br>DAVID HOLBROOK,<br><br>                     Respondent. | Case No. EDCV 21-860-ODW (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is GRANTED and (2) Judgment be entered DISMISSING the Petition with prejudice.

Dated: October 5, 2021

HONORABLE OTIS D. WRIGHT, II
United States District Judge