JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS TREVOR KNIGHT, | Case No. EDCV 21-860-ODW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID HOLBROOK, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DISMISSED with prejudice.

Dated: October 5, 2021

HONORABLE OTIS D. WRIGHT, II
United States District Judge